Affidavit Of Fact For Violation

6:22cv464

Notice of special Appearance
For The Record, To Be Read Into The
Record As Evidence.
Notice to the Agent is Notice to the
Principal—Notice to the Principal is
notice to the Agent

FILED

May 06, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad

DEPUTY

To. UNITED STATES
District Court Clerk
Federal courthouse in Waco, Texas
901 Washington Ave. #200, Waco, Texas
[76701] United States of America
Republic, North America

Petitioner:
Terrance Chase  Authorized Agent
Aggrieved Man, In Propria Persona:
All rights Reserved without Prejudice:
U.C.C 1-207/1-308; U.C.C 1-103
582 F.M 246
Wortham, Texas [76693] North West, America

Case Number SC-14-0614
FORCIBLE DETAINER

P1

Affidavit of Fact for the Violation

Terrance Chase, an aggrieved man appearing specially not generally, Challenging subject matter Jurisdiction in Judge Lisa Hendrix Texas municipal Court in response to an improper hearing in 112 East Main Room 204 Fairfield, Texas 75840 Scheduled April 7, April 19, 2022 now Pending the courts Violation are

1. 28 UNITED STATES Codes 1691 / T.B.C.C. 51,304 no seal stamp imprint from the court, not signed by the Clerk of that court, no date when the order/Hearing was given.
Case Law: Peaslee vs Haberstro

2. exhibit A. Hearing mail from Judge Lisa Hendrix municipal court office
exhibit B. Hearing mail from Judge Lisa Hendrix municipal court office
Violation of, 18 UNITED STATES code 1342 Fictitous name or address/Public Law-91-375 / Case Law: UNITED STATE US, Rybicki
exhibit C Hearing mail from Judge Lisa Hendrix municipal court office

P2

Affidavit Of Fact for violation

3. 18 UNITED STATES Codes 2071
I Terrance Chase went to Judge Lisa Hendrix
court Clerk Ashley Camphell 112 EastMain
Room 204 Fairfield, Texas 75840 OFFice —
window and as could I examine the original
order/Hearing FOR Notice For CASE # SC-14-0614
Judge Lisa Hendrix court clerk Ashley Camphell
Denied Terrance Chase excess to examine
the public record for viewing /Concealment
Case Law UnITED STATES. OF America
V. Edmund ROSNER /UnITED STATES
OF America V. James HITSELBERGER.
Judge Lisa Hendrix court clerk Ashley
B. Camphell deprived Terrance Chase
Procedural due Process oF Law by not
allow Terrance Chase more time
to turn in more documents. For the record
Ashley Camphell told Terrance Chase
April March 4, 2022 is the last date. The
court cancel the April 7, 2022 date court
hearing. So Terrance Chase ask Ashley
Camphell on April 6, 2022 Can Terrance
Chase turn in more document for the
record since the court date was cancel
and Ashley Camphell said NO,
Case Law: Wright V. Davidson, 181 U.S. 371
(1901)

P3

# Affidavit of Fact for Violation

This is a formal request for a certified copy copy of the "certified Delegation of Authority Order" issued to The United States District Court • Waco Divison/western District, Texas, and confirmed by Congress. The 5th Amendment required that persons within the United States must be given due process of the law and equal protection of the law. The Constitution for the United States of America binds all Judicial officers at Article 6, were in it does say, "This Constitution and the Laws of the United States which shall be made in Pursuance there of, and all Treaties made, or which shall be made under the authority of the United States, Shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution. or laws of any state to the Contrary, not with standing" Article 6 Clause 2".

" United States Constitution, Article III, Section II – The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; – to all cases affecting ambassadors, other public ministers and con-suls

# Affidavit Of Fact For Violation

—to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a Party; to controversies between two or more states; between a stat and Citizens of another state; between Citizens of different state; between citizens of the same state claiming lands under grants of different states, and between a state, or the Citizens thereof, and foreign states, citizens or subjects. In all cases affecting ambassadors, other Public ministers and consuls, and those in which a State shall be Party, the Supreme Court shall have Original Jurisdiction. In all the other cases before mentioned, Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make. The trial of all crimes, except in cases of impeachment, shall be by Jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any State the trial shall be at such place or places as the Congress may by law have directed.

P6

# Affidavit of Fact for Violation

"The law provides that once State and Federal Jurisdiction has been challenged it must be Proven." main v. Thiboutot, 100 S. Ct. 2502 (1980).

"Jurisdiction can be challenged at any time" and Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 495 F 2d 906, 910.

"Once challenged, Jurisdiction cannot be assumed, it must be Proved to exist." Stuck v. Medical Examiners 94 ca 2d 756, 211 P2d 389.

"There is no discretion to ignore that lack of Jurisdiction." Joyce v. US, 474, F2d 215.

"The burden shifts to the court to Prove Jurisdiction." Rosemond v. Lambert, 469 F2d 416.

Where the court is without Jurisdiction, it has no authority to do anything other than to dismiss the dismiss the case." Fontenot v. State, 932 S.W. 2d 185 "Judicial action without Jurisdiction is void." Id (1996)

P7

# Affidavit of Fact For Violation

"Criminal law magistrates have no power of their own and are unable to enforce any ruling" V.T.C.A Government Code sec. 54.651 et seq., Davis v. State, 956 S.W.2d 555 (1997) / Basso V. UPL, 495 F.2d 906

Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, it is — Judgements and orders are regarded as nullities, They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such Judgments or sentences are considered in law, as trespassers / Brook v. Yawkey, 200 F.2d 633 / Elliot v. Piersol, 1 Pet. 328, 340; 26 U.S. 328; 340 (1828).

I Terrance Chase, do not, under any conditions or circumstances, nor by threat, duress, or coercion, waive any Unalienable Rights or any other Rights Secured by the Constitution or Treaty; and to carry out their delegated Judicial Duties with good behavior, and in "Good Faith: ᴾᵍ

# Affidavit of Fact for Violation

Agreeable to Article III, Section II of the United States Constitution Judicial Authority is legal in the Supreme Court or a lower Court that has a "Certified Delegation of Authority Order" Proof of Jurisdiction" confirmed by Congress as a lawful and formal Discovery.

Let it be noted for the record, on the record and let the record show a response is required immediately from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received this Affidavit of Fact-Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

"Once challenged, Jurisdiction cannot be assumed, it must be proved to exist Stcuk v Medical Examiners. 94 ca 2d 751. 211, P2d 389.

Pg

# Affidavit of fact for Violation

All Unconstitional Citations - Summons/
Ticket - Suits / (misrepresented) Bill of Exch
ange: Docket Number - SCC-14-0614
and any Other 'Orders' or 'Actions' associated
with it or them, to be 'Dismissed',
Abated' and expunged from the Record;
Being null on it's Face and merits.

Notice to the Agent is Notice to the
Principal - Notice to the Principal is Notice
to the Agent.  Thank You

I am; TERRANCE CHASE
Terrance Chase Authorized Representative
Natural Person, In Propria Persona;
All Rights Reserved; U.C.C 1-207/1-308;
U.C.C. 1-103
582 Fm 246 Wortham Texas
[near 76693][Northwest Amexem]
     Non--Domestic

_Terrance Chase_

_Emily A. Smith_
May 6, 2022

Texas



7351

# Western Surety Company

## OFFICIAL BOND AND OATH

THE STATE OF TEXAS
County of _____Freestone_____ } ss

KNOW ALL PERSONS BY THESE PRESENTS:          BOND No. ____71248699____

That we, Lisa Hendrix _____, as Principal, and
WESTERN SURETY COMPANY, a corporation duly licensed to do business in the State of Texas, as Surety,

are held and bound unto [1]County Judge _____, his successors in office,

in the sum of [2]Five Thousand and 00/100 _____ DOLLARS ( $5,000.00 ),
for the payment of which we hereby bind ourselves and our heirs, executors and administrators, jointly and
severally, by these presents.

Dated this ____21st____ day of _____March_____, ____2012____.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, That whereas, the above bounden
Principal was on the _____ day of _____, duly
____appointed____ to the office of Secretary, Justice of in and for [3]Freestone _____
(Elected—Appointed)                          the Peace
County, State of Texas, for a term of ____one____ year, commencing on the ____20th____ day of
_____March_____, ____2012____.

NOW, THEREFORE, if the said Principal shall well and faithfully perform and discharge all the duties
required by law as the aforesaid officer, and shall [4]
_____ faithfully perform the duties of the office.

then this obligation to be void, otherwise to remain in full force and effect.

PROVIDED, HOWEVER, that regardless of the number of years this bond may remain in force and the
number of claims which may be made against this bond, the liability of the Surety shall not be cumulative
and the aggregate liability of the Surety for any and all claims, suits, or actions under this bond shall not
exceed the amount stated above. Any revision of the bond amount shall not be cumulative.

PROVIDED, FURTHER, that this bond may be cancelled by the Surety by sending written notice to the
party to whom this bond is payable stating that, not less than thirty (30) days thereafter, the Surety's
liability hereunder shall terminate as to subsequent acts of the Principal.

FILED FOR RECORD
At __9__, o'clock __a__ M                          _____
                                                                         Principal
APR 16 2012                          WESTERN   SURETY   COMPANY

LINDA JARVIS                          By _____
Clerk County Court, Freestone County, Texas
BY _____                          Paul T. Bruflat, Senior Vice President

### ACKNOWLEDGMENT OF PRINCIPAL

THE STATE OF TEXAS } ss
County of _____Freestone_____

Before me, Jean K. Foley _____ on this day, personally appeared
Lisa Hendrix _____, known to me to be the person whose name is subscribed to
the foregoing instrument and acknowledged to me that he executed the same for the purposes and
consideration therein expressed.

Given under my hand and seal of office at _____Fairfield_____, Texas,
this ____4____ day of _____, ____2012____.

JEAN K. FOLEY
Notary Public
STATE OF TEXAS
SEAL          My Commission
Expires 09/20/2012                          _____
                                                                 Freestone          County, Texas

Form 862-A-1-2010                          Page 1 of 4

14/569

## OATH OF OFFICE
### (COUNTY COMMISSIONERS and COUNTY JUDGE)

I, _____, do solemnly swear (or affirm) that I will faithfully execute the duties of the office of _____, of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm) that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected; and I furthermore solemnly swear (or affirm) that I will not be, directly or indirectly, interested in any contract with or claim against the County, except such contracts or claims as are expressly authorized by law and except such warrants as may issue to me as fees of office. So help me God.

Signed _____

Sworn to and subscribed before me at _____, Texas, this _____ day of _____, _____.

SEAL                                    _____ County, Texas

_____

## OATH OF OFFICE
### (General)

I, __Lisa Hendrix_____, do solemnly swear (or affirm) that I will faithfully execute the duties of the office of _Secretary Justice of The Peace_, of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State; and I furthermore solemnly swear (or affirm) that I have not directly nor indirectly paid, offered, or promised to pay, contributed, nor promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward for the giving or withholding a vote at the election at which I was elected. So help me God.

Signed _____

Sworn to and subscribed before me at __Fairfield____, Texas, this __4__ day of __April__, __2012__.

SEAL

JEAN K. FOLEY
Notary Public
STATE OF TEXAS
My Commission
Expires 09/20/2012

_Jean K. Foley_

__Freestone__ County, Texas

THE STATE OF TEXAS
County of _____ } ss

The foregoing bond of _____ as _____ in and for _____ County and State of Texas, this day approved in open Commissioner's Court.

ATTEST:

Date _____

_____ Clerk

_____ County Judge,

County Court _____ County

_____ County, Texas

THE STATE OF TEXAS
County of _____ } ss

I, _____, County Clerk, in and for said County, do hereby certify that the foregoing Bond dated the _____ day of _____, _____, with its certificates of authentication, was filed for record in my office the _____ day of _____, at _____ o'clock ___ M., and duly recorded the _____ day of _____, at _____ o'clock ___ M., in the Records of Official Bonds of said County in Volume _____, on page _____.

WITNESS my hand and the seal of the County Court of said County, at office in _____ _____, Texas, the day and year last above written.

_____ Clerk

By _____ Deputy

County Court _____ County

14/570

# OFFICIAL BOND REQUIREMENTS

| OFFICIAL | 2. AMOUNT | 1. TO WHOM PAYABLE | APPROVED BY | Sec. of Statutes | 4. CONDITIONS |
|---|---|---|---|---|---|
| District Attorney | $5,000. | Governor | District Judge | Gov't Code 43.002 | "..in the manner prescribed by law, faithfully pay over all money that he collects or that comes into his hands for the state or a county." |
| County Attorney | $2,500. | Governor | Commissioners Court | Gov't Code 45.001 | "faithfully pay over in the manner prescribed by law all money that he collects or receives for any county or the state." |
| County Judge | $1,000.- 10,000. | County Treasurer | Commissioners Court | Gov't Code 26.001 | "pay all money that comes into his hands as county judge to the person or officer entitled to it; pay to the county all money illegally paid to him out of county funds; and not vote or consent to pay out county funds for other than lawful purposes." |
| County Clerk | At least 20% of the maximum amount of fees collected in any year during the term of office preceding the term for which the bond is given — $5,000 minimum, $500,000 maximum | County | Commissioners Court | Local Gov't Code 83.001 | "faithfully perform the duties of office." |
| Deputy County Clerk | At least 20% of the maximum amount of fees collected in any year during the term of office preceding the term for which the bond is given — $5,000 minimum, $500,000 maximum | County for the use and benefit of the County Clerk | Commissioners Court | Local Gov't Code 83.002 | "faithfully perform the duties of office." |
| County Auditor | $5,000 minimum | District Judge(s) | District Judge(s) | Local Gov't Code 84.007 | "faithfully perform the duties of county auditor." |
| County Treasurer | Established by the commissioners court not to exceed one-half of one percent of the largest amount budgeted for general county maintenance and operations for any fiscal year of the county beginning during the term of office preceding the term for which the bond is to be given — $5,000 minimum, $500,000 maximum | County Judge | Commissioners Court | Local Gov't Code 83.002 | "faithfully execute the duties of office." |
| District Clerk | Not less than 20% of the maximum amount of fees collected in any year during the term of office immediately preceding the term for which the bond is given — $5,000 minimum, $100,000 maximum | Governor | Commissioners Court | Gov't Code 51.302 | "faithfully perform the duties of the office." |
| Deputy District Clerk | Not less than 20% of the maximum amount of fees collected in any year during the term of office immediately preceding the term for which the bond is given — $5,000 minimum, $100,000 maximum | Governor for the use and benefit of the District Clerk | Commissioners Court | Gov't Code 51.309 | "faithfully perform the duties of the office." |
| County School Superintendent | $1,000. | County governing board unless a county-wide independent school district has been created, in which event the bond is payable to and approved by the County Commissioners Court | | Educ. Code 17.43 | "faithfully perform his duties." |
| County Surveyor | Fixed by the Commissioners Court — $500 minimum, $10,000 maximum | Not Specified | | Nat. Res. Code 23.013 | "faithfully perform the duties of the office." |
| Deputy County Surveyor | Not less than $500 nor more than $10,000 (Fixed by the County Surveyor) | County Surveyor | | Nat. Res. Code 23.014 | "faithfully perform the duties of the office." |
| Sheriff | Set by the Commissioners Court $5,000 minimum, $30,000 maximum | Governor | Commissioners Court | Local Gov't Code 85.001 | "faithfully perform the duties of office established by law; account for and pay to the person authorized by law to receive them the fines, forfeitures, and penalties the sheriff collects for the use of the state or a county; execute and return when due the process and precepts lawfully directed to the sheriff, and pay to the person to whom they are due or to the person's attorney the funds collected by virtue of the process or precept; and pay to the county any funds illegally paid, voluntarily or otherwise, to the sheriff from county funds." |
| County Assessor-Collector (State Bond) | Equal to 5% of the net state collections from motor vehicle sales and use taxes and motor vehicle registration fees in the county during the year ending August 31 preceding the date the bond is given — $2,500 minimum, $100,000 maximum | The Governor and the Governor's successors in office | Commissioners Court and the State Comptroller of Public Accounts | Tax Code 6.28 | "faithful performance of the person's duties as assessor-collector." |
| County Assessor-Collector (County Bond) | Equal to 10% of the total amount of county taxes imposed in the preceding tax year, $100,000 maximum | Commissioners Court | Commissioners Court | Tax Code 6.28 | "faithful performance of the person's duties as assessor-collector." |
| County Commissioner | $3,000. | County Treasurer | County Judge | Local Gov't Code 81.002 | "faithfully perform the commissioner's official duties and reimburse the county for all county funds illegally paid to him and will not vote or consent to make a payment of county funds except for a lawful purpose." |
| Justice of the Peace | $5,000 maximum | County Judge | Not Specified | Gov't Code 27.001 | "faithfully and impartially discharge the duties required by law and promptly pay to the entitled party all money that comes into his hands during the term of office." |
| Constable | Set by the Commissioners Court $500 minimum — $1,500 maximum | The Governor and the Governor's successors in office | Commissioners Court | Local Gov't Code 86.002 | "faithfully perform the duties imposed by law." |
| County Public Weigher and Deputies | $2,500 | County Judge | Department of Agriculture | Agric. Code 12.256 | "accurately weigh or measure commodities reflected on certificate issued by him, protect the commodities that he is registered to weigh or measure, and comply with all laws and rules governing public weighers." |
| State Public Weigher | $10,000 | State of Texas | Department of Agriculture | Agric. Code 12.256 | "accurately weigh or measure commodities reflected on certificate issued by him, protect the commodities that he is registered to weigh or measure, and comply with all laws and rules governing public weighers." |

3. If precinct insert the number.
4. Conditions.

14/571

## ACKNOWLEDGMENT OF SURETY
### (Corporate Officer)

STATE OF SOUTH DAKOTA ⎱
⎰ ss

County of Minnehaha

Before me, a Notary Public, in and for said County and State on this _____21st_____ day of
_____March_____, __2012__, personally appeared _____Paul T. Bruflat_____
to me known to be the identical person who subscribed the name of WESTERN SURETY COMPANY,
Surety, to the foregoing instrument as the aforesaid officer and acknowledged to me that he executed the
same as his free and voluntary act and deed, and as the free and voluntary act and deed of such corporation
for the uses and purposes therein set forth.

S. EICH
NOTARY PUBLIC
SEAL   SOUTH DAKOTA   SEAL

_S. Eich_
Notary Public

My Commission Expires February 12, 2015

Western Surety Company

**OFFICIAL
BOND AND OATH**

On Behalf of

Principal

Official Title

Texas

Filed the _____ day of

at _____ o'clock _____ M.

Clerk

County Court      County,
Texas

Page 4 of 4

14/572

Honorable Judge Lisa Hendrix
112 East Main Room 204
Fairfield, Texas 75840

**Hearing Notice**
Case# SC-J4-0614

HOWARD GIDDINGS
Vs.
TERRANCE CHASE

May 18, 2022
9:30 A.M.

To whom it may Concern,

In the above mentioned case a Hearing has been set for FORCIBLE DETAINER at 9:30AM on May 18, 2022.
THE Hearing WILL TAKE PLACE IN THE COUNTY COURT ROOM, ON THE SECOND FLOOR OF
THE COURT HOUSE IN FAIRFIELD TEXAS, FREESTONE COUNTY.

IF YOU OR YOUR ATTORNEY CANNOT BE PRESENT ON THE ABOVE DATE, A SWORN
STATEMENT MUST BE SIGNED AND FAXED TO MY OFFICE AT 903-389-0429
THREE DAYS BEFORE THE TRIAL. (At this time Honorable Judge Lisa Hendrix will either grant or
deny your request for continuance.)

COURT CLERK,
Ashley Campbell

Office # 903-389-0420                                        Fax # 903-389-0429

Honorable Judge Lisa Hendrix
112 East Main Room 204
Fairfield, Texas 75840

**Hearing Notice**
Case# SC-J4-0614

HOWARD GIDDINGS
Vs.
TERRANCE CHASE

April 7, 2022
9:00 A.M.

To whom it may Concern,

In the above mentioned case a Hearing has been set for FORCIBLE DETAINER at 9:00AM on April 7, 2022. THE Hearing WILL TAKE PLACE IN THE COUNTY COURT ROOM, ON THE SECOND FLOOR OF THE COURT HOUSE IN FAIRFIELD TEXAS, FREESTONE COUNTY.

IF YOU OR YOUR ATTORNEY CANNOT BE PRESENT ON THE ABOVE DATE, A SWORN STATEMENT MUST BE SIGNED AND FAXED TO MY OFFICE AT 903-389-0429 THREE DAYS BEFORE THE TRIAL. (At this time Honorable Judge Lisa Hendrix will either grant or deny your request for continuance.)

COURT CLERK,
Ashley Campbell

Office # 903-389-0420                    Fax # 903-389-0429

Honorable Judge Lisa Hendrix
112 East Main Room 204
Fairfield, Texas 75840

**Hearing Notice**
Case# SC-J4-0614

HOWARD GIDDINGS
Vs.
TERRANCE CHASE

April 19, 2022
9:00 A.M.

To whom it may Concern,

In the above mentioned case a Hearing has been set for FORCIBLE DETAINER at 9:00AM on April 19, 2022.
THE Hearing WILL TAKE PLACE IN THE COUNTY COURT ROOM, ON THE SECOND FLOOR OF
THE COURT HOUSE IN FAIRFIELD TEXAS, FREESTONE COUNTY.

IF YOU OR YOUR ATTORNEY CANNOT BE PRESENT ON THE ABOVE DATE, A SWORN
STATEMENT MUST BE SIGNED AND FAXED TO MY OFFICE AT 903-389-0429
THREE DAYS BEFORE THE TRIAL. (At this time Honorable Judge Lisa Hendrix will either grant or
deny your request for continuance.)

COURT CLERK,
Ashley Campbell

Office # 903-389-0420                                      Fax # 903-389-0429



(a) (b)                    JP Hendry
389-0420

## EVICTION CITATION
### EX. R. CIV. P. 739 and § 24.0051, TEX. PROPERTY CODE

### NO. SC-J4-0614

| | | |
|---|---|---|
| HOWARD GIDDINGS | | IN THE JUSTICE COURT |
| Verses | | PRECINCT FOUR |
| TERRANCE CHASE | | FREESTONE COUNTY, TEXAS |

You have been sued. You may employ an attorney. You must file a written answer with the court before your scheduled trial. You and / or your attorney are commanded to be and appear before the Honorable Judge Lisa Hopkins, Justice of the Peace in and for the above named Precinct and County, at 112 East Main, Room 204 Fairfield, Texas 75840, Trial will be 10 DAYS after being served.

There to answer the complaint of PLAINTIFF, HOWARD, GIDDINGS in an action of Forcible Entry and Detainer/Forcible Detainer (eviction), wherein Plaintiff(s) sues for restitution of the following described premises:

582 FM 246
WORTHAM T. 76693

In Justice Court Precinct No. Four, Freestone County, Texas:
FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU.

SUIT TO EVICT.

A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS TO RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), OR STATE LAW, INCLUDING SECTION 92.018 TEXAS PROPERTY CODE.

THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES.  CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY.  IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

DEMANDA DE DESALOJO:
ESTA DEMANDA DE DESAHUCIO TIENE FECHAS LIMITES QUE ENTRAN EN VIGOR DE INMEDIATO.

EL ARRENDATARIO (INQUILINO) QUE ESTE DESEMPENANDO SUS FUNCIONES EN EL SERVICIO MILITAR PUEDE TENER DERECHOS ESPECIALES O PROTECCION EN CONEXION CON ESTA DEMANDA CONFORME A LAS  LEYES FEDERALES, INCLUIDA LA LEY DE PROTECCION PARA MIEMBROS DE LAS FUERZAS ARMADAS (SECCION 501 Y SIGUIENTES DEL APENDICE DEL CAP. 50 DEL CODIGO DE LOS

Case 6:22-cv-00464-ADA   Document 1   Filed 05/06/22   Page 18 of 21

ESTADOS UNIDOS) O CONFORME A LAS LEYES ESTATALES, INCLUIDA LA SECCION
92.017 DEL CODIGO DE PROPIEDAD DE TEXAS.

PARA ASISTENCIA ENLOCALIZAR A ABOGADO COMUNIQUESE A LA
ASOCIACION DE ABOGADOS DE TEAXS AL NUMERO GRATUITO 1-877-9TEXBAR EN
CASO DE NO PODER PAGAR UN ABOGADO. TAL VEZ CALIFIQUE PARA ASISTENCIA
LEGAL GRATUITA O BAJO-CASTO.

If you wish to file an answer, do so by filing with the Justice Court of Precinct
No. Four, County of Freestone State of Texas, in the city of Fairfield.

in the suit styled HOWARD GIDDINGS, Plaintiff, vs TERRANCE CHASE,
Defendant,

Cause No. SC-J4-06-14 on the docket of said court, filed on 03/07/2022
Upon timely request and payment of a jury fee of $22.00 no later than five days after
you were served with this citation, the matter will be heard by a jury.

Plaintiff states that Defendant caused Plaintiff harm by non-payment of rent; in which
caused Plaintiff to suffer damage in the property of 582 FM 246 Wortham, TX 76693 to be in
foreclosure

Issued on this the 7th day of March, 2022 A.D.

_____
Judge Lisa Hendrix
Freestone County, Texas

This, a true copy of the original Citation, was delivered to defendant, TERRANCE CHASE on the _18_ day of
_March_ 2022

SERVED BY: _____



NO. SC-54-0014

| HOWARD GIDDINGS | § | JUSTICE OF THE PEACE |
| PLAINTIFF | § | |
| | § | |
| V. | § | PRECINCT NO. 4 |
| | § | |
| TERRANCE CHASE, AND | § | |
| OCCUPANTS | § | |
| DEFENDANT | § | FREESTONE COUNTY, TEXAS |

## COMPLAINT FOR EVICTION

Plaintiff, HOWARD GIDDINGS, sue defendant, TERRANCE CHASE, AND OCCUPANTS, and alleges:

1.    The last three digits of the driver's license number of HOWARD GIDDINGS are N/A. The last three digits of the social security number for HOWARD GIDDINGS are N/A.

2.    This is an action to evict a tenant from real property in FREESTONE County, Texas.

3.    Plaintiffs own the following described real property in that county: 582 FM 246, Wortham, Texas 76693.

4.    Defendant has possession of the property under a monthly agreement to pay the monthly payment due under the loan agreement with USDA.

5.    Defendant failed in the following particulars:

   a.    Tenant has failed to make any payments for approximately 60 months causing the interest of Landlord to fall into pre-foreclosure proceedings.

6.    Plaintiff served defendant with a written notice on February 23, 2022, stating that defendant was in violation of the agreement. A copy of the notice setting forth the violations of the rental agreement is attached hereto.

7.    Defendant has failed to correct or discontinue the conduct set forth in the attached

Respectfully submitted,

By: 

CHAD MORGAN
State Bar No. 24040476
THE LAW OFFICE OF CHAD MORGAN
P.C.
109 S MOUNT STREET
FAIRFIELD, TEXAS 75840
Tel 903-349-2144
Fax 888-560-0565
E-mail: chad@lawofficeofchadmorgan.com
Attorney for Plaintiff

## VERIFICATION

STATE OF TEXAS                              §
                                           §
COUNTY OF FREESTONE                        §

Before me, the undersigned notary, personally appeared Howard Giddings, who took an oath and said that the foregoing petition for detainer has been read, and that each fact asserted is within his affiant's knowledge and is correct and true.

_____
Howard Giddings

SUBSCRIBED AND SWORN TO BEFORE ME on March 4, 2022

_____
Notary Public, State of Texas

SAMANTHA ASHLEY GREEN
Notary Public
STATE OF TEXAS
ID# 133437880
My Comm. Exp. Sept. 17 20__



THE LAW OFFICE
OF
CHAD MORGAN, P.C.

109 S. Mount Street
Fairfield, Texas 75840

T 903-389-3244
F 1-888-316-0565
chad@lawofficeofchadmorgan.com

www.lawofficeofchadmorgan.com

February 22, 2022

Terrance Chase
582 FM 246
Wortham, Texas 76693
**CMRRR 9414 8118 9876 5847 9939 15**

    Re:    Notice to Vacate for Nonpayment of Rent

Dear Mr. Chase:

    This notice is addressed to you, Terrance Chase as tenant and anyone residing at 582 FM 246, Wortham, Texas 76693 at the request of Howard Giddings as landlord and owner of the property, and pertains to that certain agreement entered into between the parties for leasing the premises at 582 FM 246, Wortham, Texas 76693. The agreement was for you to make payments in the amount of the loan with the USDA on the property which you have failed to do for the last 60 months approximately.

    As of the date of this notice, you are now past due and the property is in threat of foreclosure.

    You are hereby notified, and demand is made that you, Terrance Chase vacate the premises at 582 FM 246, Wortham, Texas 76693 within three (3) days from the date of delivery of this notice to you by mail.

    This demand is made for the nonpayment of rent by you, Terrance Chase. However, you have failed and refused, and continue to fail and to make refusal for payment of rents which are due. Howard Giddings is presently owed such rent.

    In the event that the premises at 582 FM 246, Wortham, Texas 76693 are not vacated within 3 days from delivery of this notice, Howard Giddings will file a forcible detainer suit against you, Terrance Chase. In the event of continued nonpayment of rents which are due, Howard Giddings will file a suit for the recovery of that rent and such other charges as may be permitted under the terms of the lease or the law of the State of Texas.

                              Sincerely,

                              Chad Morgan

                              _____
                              Chad Morgan
                              for Howard Giddings